UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60820-CIV-ZLOCH

DAVID LOTT, on his own
behalf and others similarly
situated,

        Plaintiff,

vs.                                                     **O R D E R**

AMERITECH SERVICES, INC.

        Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    The Court notes that the Parties have filed a Joint Stipulation Of Dismissal With Prejudice (DE 20). A stipulation of dismissal may be entered "after scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court further notes that although the Parties represent in their Joint Stipulation (DE 20) that "[t]he amount set forth in the Settlement Agreement is the amount Plaintiff would have recovered had he been 100% successful on the claims set forth in the Complaint," a discrepancy exists between the amount set forth in the Settlement Agreement (DE 20, Ex. A) and the amount represented in Plaintiff's Statement Of Claim (DE 8). To aid the Court in making said fairness determination, the Court hereby directs the Parties to file a Memorandum addressing the

issues set forth below.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Parties shall file a joint Memorandum with the Clerk of the Court on or before <u>noon</u> <u>Tuesday, November 27, 2007</u> addressing the following:

1. The total recovery Plaintiff was entitled to if he was successful on all of the legitimate claims alleged, in light of Plaintiff's Statement Of Claim (DE 8);

2. Whether the amount of attorney's fees set forth in the Settlement reflects the full satisfaction of all monies owed to Plaintiff's counsel; and

3. Whether the Parties are satisfied that reaching the Settlement did not involve coercion, collusion, or undue influence.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____19th____ day of November, 2007.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record